UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**LYNDA ALICE RAMBO**,

        Plaintiff,

v.

**GOVERNOR RICK PERRY, LT. GOVERNOR DAVID DEWHURST, TEXAS DEPT. OF PUBLIC SAFETY**, **SECRETARY OF STATE NANDITA BERRY, SUPERVISOR OF ELECTIONS BAXER COUNTY JACQUELYN F. CALLANEN, SUPERVISOR OF ELECTIONS TRAVIS COUNTY DANA DEBEAUVIOR,**

        Defendants.

Civil Case No. 3:14-758-KI

JUDGMENT

KING, Judge:

    Based on the record, this case is dismissed without prejudice.

    IT IS SO ORDERED.

    DATED this   18th   day of August, 2014.

                          /s/ Garr M. King
                          Garr M. King
                          United States District Judge